# UNITED STATES DISTRICT COURT

District of _____

Thomas Roy and Lisa Roy

v.

Delaware North Companies, Inc. - Boston

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05c 11095 NG

TO: (Name and address of Defendant)

Delaware North Companies, Inc. - Boston
c/o CT Corporation Systems
101 Federal Street
Boston, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz, Esq.
Law Office of Joseph G. Abromovitz, PC
858 Washington Street
Third Floor
Dedham, MA 02026

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 25 2005

CLERK

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date              Signature of Server

                                 _____
                                 Address of Server

106 | 1341

---

Suffolk, ss.    Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

June 10, 2005

I hereby certify and return that on 6/9/2005 at 3:50PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to G.Brown, agent and person in charge at the time of service for Delaware North Companies, Inc.-Boston, at , 101 Federal Street, C/O ct corporation systems Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter                          _____ Deputy Sheriff



(1) /