UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV11095NG

*************************
THOMAS ROY and
LISA ROY,
      Plaintiffs,

v.

DELAWARE NORTH
COMPANIES, INC. –
BOSTON,
      Defendant
*************************

## DEFENDANT, DELAWARE NORTH COMPANIES, INC. - BOSTON'S MOTION TO COMPEL DEPOSITION OF PLAINTIFFS, THOMAS ROY AND LISA ROY

The defendant, Delaware North Companies, Inc. - Boston, hereby moves pursuant to Fe R. Civ. P. 37(d) for an order compelling the plaintiffs, Thomas Roy and Lisa Roy, to appear f an oral deposition at the office of the defendants' counsel within twenty-one (21) days of tl Court's allowance of the instant Motion. In accordance with Rule 37(d), the moving party al seeks costs and attorneys fees associated with filing this motion.

WHEREFORE, the defendant, Delaware North Companies, Inc. - Boston, hereby mov pursuant to Mass. Rules of Civil Procedure 37(d) for an order compelling the plaintiffs, Thom Roy and Lisa Roy, to appear for an oral deposition at the office of the defendant's counsel wit twenty-one (21) days of the Court's allowance of the instant Motion.

972984v1

                    The Defendants,
DELAWARE NORTH COMPANIES, INC -
BOSTON
By their attorney,

_____
Lawrence F. Boyle, BBO# 052680
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA  02210
(617) 439-7500

Dated:

972984v1

## CERTIFICATE OF SERVICE

      I, Lawrence F. Boyle, hereby certify that I served a true and correct copy of the foregoing CERTIFICATE OF GOOD FAITH IN SUPPORT OF THE DEFENDANT, DELAWARE NORTH COMPANIES, INC. - BOSTON'S MOTION TO COMPEL DEPOSITION OF PLAINTIFFS, THOMAS ROY AND LISA ROY to the following:

Joseph G. Abromovitz, Esquire
The Law Office of Joseph G. Abromovitz
858 Washington Street, 3rd Floor
Dedham, MA 02026

Dated:_____    Attorney:_____

972984v1