UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV11095NG

*************************
THOMAS ROY and
LISA ROY,
       Plaintiffs,

v.

DELAWARE NORTH
COMPANIES, INC. –
BOSTON,
       Defendant
*************************

## DEFENDANT, DELAWARE NORTH COMPANIES, INC. - BOSTON'S CERTIFICATE OF GOOD FAITH IN COMPLIANCE WITH DISTRICT COURT RULE 7.1

I, Lawrence F. Boyle, Attorney for the Defendant, Delaware North Companies, Inc. Boston, hereby certify that I have conferred with counsel for the Plaintiff, Joseph G. Abromovit per the attached letters and have been unable to resolve or narrow the issues presented in th motion.

Date: 10/4/05       Attorney: _____
                                              Lawrence F Boyle

972984v1