UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV11095NG

| | |
|---|---|
| THOMAS ROY and LISA ROY, | ) |
| Plaintiffs, | ) |
| v. | ) |
| DELAWARE NORTH COMPANIES, INC. – BOSTON, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendants, Delaware North Companies, Inc. – Boston, in the above-captioned matter.

Respectfully Submitted,
DELAWARE NORTH COMPANIES, ICN. – BOSTON,

/s/Douglas L Price

Douglas L Price, BBO# 660416
Morrison Mahoney, LLP
250 Summer Street
Boston, Massachusetts 02210
617-439-7500

Dated: February 15, 2006

1167736v1