UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05 11095 NG

| | |
|---|---|
| THOMAS ROY and LISA ROY, <br>     Plaintiffs, <br> <br> v. <br> <br> DELAWARE NORTH COMPANIES, INC. - BOSTON, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT, DELAWARE NORTH COMPANIES, INC. – BOSTON'S MOTION FOR SUMMARY JUDGMENT AGAINST THE PLAINTIFFS, THOMAS ROY AND LISA ROY

Pursuant to Fed. R. Civ. P. 56, the defendant moves for summary judgment as there is no genuine issue of material fact and that the defendant is entitled to judgment as a matter of law. In support thereof, please see the defendant's attached Brief.

    The defendant,
    DELAWARE NORTH COMPANY, INC. –
    BOSTON,
    By its attorney,

    /s/Roger R. Allcroft
    Lawrence F. Boyle, BBO# 052680
    Roger R. Allcroft, BBO# 663651
    **MORRISON MAHONEY LLP**
    250 Summer Street
    Boston, MA 02210
    (617) 439-7500

    Dated: August 31, 2006

1181370v1

**CERTIFICATE OF SERVICE**

    I, Roger R. Allcroft, hereby certify that on August 31, 2006, I served a true copy of the foregoing **DEFENDANT, DELAWARE NORTH COMPANIES, INC. – BOSTON'S MOTION FOR SUMMARY JUDGMENT AGAINST THE PLAINTIFFS, THOMAS ROY AND LISA ROY**, forwarding same via first class mail, postage prepaid, to:

Joseph G. Abromovitz, Esquire
The Law Office of Joseph G. Abromovitz
858 Washington Street, 3rd Floor
Dedham, MA 02026

By:    /s/Roger R. Allcroft
        Roger R. Allcroft, Esq.

1181370v1