UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05cv11095NG

```
*************************************************
THOMAS ROY and                    *
LISA ROY                          *
v.                                *
                                  *
DELAWARE NORTH                    *
COMPANIES, INC. – BOSTON          *
*************************************************
```

**STIPULATION GRANTING EXTENSION OF TIME FOR PLAINTIFFS' TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now come the parties in the above referenced matter and hereby stipulate that

plaintiff have until November 13, 2006 to file their opposition to Defendant's Motion for

Summary Judgment.

Dated:  October 13, 2006

| | |
|---|---|
| The Plaintiffs, | The Defendant, |
| Thomas Roy and Lisa Roy, | Delaware North Companies, Inc. Boston |
| By their attorney, | By their attorney, |
| JOSEPH G. ABROMOVITZ, P.C. | MORRISON MAHONEY LLP |
| | |
| s/Joseph G. Abromovitz | s/Lawrence F. Boyle |
| _____ | _____ |
| Joseph G. Abromovitz | Lawrence F. Boyle |
| 858 Washington Street, 3rd Floor | 250 Summer Street |
| Dedham, MA 02026 | Boston, MA 02210 |