UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__ROY, et al__
   **Plaintiff**

**V.**

__DELAWARE NORTH COMPANIES__
   **Defendant**

**CIVIL ACTION**

NO.   __05cv11095NG__

## ORDER OF DISMISSAL

__GERTNER,   D. J.__

 In accordance with the Court's allowance of the defendant's motion for summary judgment on __11/30/2006__, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

              By the Court,

__12/4/2006__              __/s/ JENNIFER FILO__
 Date               Deputy Clerk

(Dismissal Endo.wpd - 12/98)